Victor J. Cosentino, Esq., State Bar No. 163672
**LARSON & GASTON, LLP**
200 South Los Robles Avenue, Suite 530
Pasadena, California 91101
Telephone (626) 795-6001
Facsimile (626) 795-0016
Email: victor.cosentino@larsongaston.com

Attorneys for Defendant,
HANSEN & ADKINS AUTO TRANSPORT, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

### COUNTY OF ORANGE

| | |
|---|---|
| LEONARD LUNA and IAN HALL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANSEN & ADKINS AUTO TRANSPORT, INC., a California Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:17-cv-00990-DOC-KES<br>Honorable David O. Carter<br>Courtroom 9D<br><br>**JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>Hearing Date: June 11, 2018<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter<br><br>Complaint Filed: June 8, 2017<br>Trial Date: August 14, 2018 |

4725 **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

This action came on for hearing before the Court on June 11, 2018, the Hon. David O. Carter, District Judge Presiding, on the Motion for Summary Judgment of Defendant Hansen & Adkins Auto Transport Inc., and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered for the reasons set forth in the Court's ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 63), therefore,

IT IS HEREBY ADJUDGED that Defendant Hansen & Adkins Auto Transport Inc.'s Motion for Summary Judgment is GRANTED, that the Plaintiffs take nothing, that the action be dismissed on the merits, and that Defendant recover its costs.

Dated: June 14, 2018

_____
Hon. David O. Carter
United States District Judge

4725 **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**